## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR143 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HARLEY TYNDALL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Karen M. Shanahan, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Harley Tyndall [13] due to a conflict of interest arising out of the Federal Public Defender's Office.   Good cause being shown, the motion is granted, and the court appoints a CJA panel attorney for Mr. Tyndall.

**IT IS ORDERED:**

1.    The Motion to Withdraw [13] by Attorney Karen M. Shanahan is granted;

2.    That **Denise E. Frost**  is appointed as attorney of record for the above-named defendant.  The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3.    Karen M. Shanahan shall forthwith provide Denise E. Frost with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to the defendant's defense.

DATED this 14th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge