IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR143** |
| vs. | ) | |
| | ) | **ORDER** |
| **HARLEY TYNDALL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion for additional time to file pretrial motions [21]. For good cause shown, and upon the representation that opposing counsel has no objection,

**IT IS ORDERED** that the motion [21] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **July 27, 2006.**

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 17, 2006 and July 27, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of defense counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED July 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**