IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR143** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **HARLEY TYNDALL,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motions for acquittal, new trial and mistrial (Filing No. 64) and for additional time to submit a supporting brief (Filing No. 65).

The Court has carefully considered the brief (Filing No. 66) filed in support of the Defendant's motion for acquittal, new trial and mistrial. The brief was filed instanter.

IT IS ORDERED:

1. The Defendant's motion for acquittal, new trial and mistrial (Filing No. 64) is denied; and

2. The Defendant's motion for additional time to submit a supporting brief (Filing No. 65) is granted.

DATED this 7th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge